Donald E. STUART, Plaintiff—Appellant,

v.

LASALLE BANK NATIONAL ASSOCIATION, As Trustee Under the Pooling and Serving Agreement Dated as of December 1, 2006, GSAMP Trust 2006–HE8; BAC North America Holding Company; Bank of America; Any Unknown Holder of Note, As to Loan Transaction Dated July 25, 2006 Between Plaintiff and Aegis Lending Corporation Secured by Deed of Trust that was a Lien on his Home at 2323 Buckner Street, Petersburg, VA 23805, Defendants—Appellees,

and

Aegis Lending Corporation, Defendant.

No. 10–1446.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 7, 2010.

Decided: Dec. 21, 2010.

Henry W. McLaughlin, III, Law Office of Henry McLaughlin, PC, Richmond, Virginia, for Appellant. John C. Lynch, Troutman Sanders LLP, Virginia Beach, Virginia; Jonathan S. Hubbard, Troutman Sanders, LLP, Richmond, Virginia, for Appellees.

Before KING, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald E. Stuart appeals the district court's orders dismissing his complaint pursuant to Fed.R.Civ.P. 12(b)(6) and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Stuart v. LaSalle Bank Lending Ass'n,* No. 3:09–cv–00459–JRS, 2010 WL 582162 (E.D. Va. Feb 11 2010) & (Mar. 18, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*